**08 CRIM 689**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      -v.-                         :

FRANCES HASSAN,                   :

           Defendant.      :

- - - - - - - - - - - - - - - - x

**INFORMATION**

08 Cr.

### COUNT ONE

The United States Attorney charges:

On or about March 25, 2008, in the Southern District of New York and elsewhere, FRANCES HASSAN, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, cocaine.

(Title 21, United States Code, Section 844.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 25 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

FRANCES HASSAN,

Defendant.

---

SUPERSEDING INFORMATION

08 Cr.

(Title 21, United States Code,
Section 844(a).)